UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

HANOVER AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.                                Docket No. 2:20-cv-02834-JPM-tmp

TATTOOED MILLIONAIRE ENTERTAINMENT, LLC,
CHRISTOPHER C. BROWN, and
JOHN FALLS,

    Defendants.

---

### JOHN FALLS' UNOPPOSED MOTION TO STAY PENDING APPEAL

---

Defendant John Falls submits this unopposed motion to stay the current federal court action pending the current appeal pursuant to the Court's inherent authority to stay its proceedings and Federal Rule of Appellate Procedure 8. Counsel for the Parties have no objection to this motion. Defendant Falls incorporates by referenced the memorandum in support filed concurrently herewith.

WHEREFORE, PREMISES CONSIDERED, Falls respectfully requests that the Court stay this matter while his appeal is pending.

Respectfully submitted,

s/Malcolm B. Futhey III
Malcolm B. Futhey III (TN 024432)
THE FUTHEY LAW FIRM PLC
1440 Poplar Avenue
Memphis, Tennessee 38104
901-725-7525
901-288-7117(c)
malcolm@futheylawfirm.com

Certificate of Consultation

     I hereby certify that I have consulted with counsel in this matter via email regarding this motion to stay. By email dated July 16, 2021, Attorney Jeremy Grabill for Hanover stated Hanover does not oppose the motion. On July 15, 2021, Attorney John Christopher stated that Tattooed Millionaire Entertainment, LLC do not oppose the motion. On July 22, 2021, Attorney Charles Waldman confirmed by telephone that Tattooed Millionaire Entertainment, LLC has no objection.

                                                                                 /s/Malcolm B. Futhey III

Certificate of Service

I hereby certify that a copy of the foregoing has been sent this 23rd day of July 2021 via this Court's ECF filing system, to the following:

Mark C. Dodart, Esq.
Pablo Gonzalez, Esq.
Jeremy Grabill, Esq.
Jeffrey Clayman, Esq.
Stuart Richeson, Esq.
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
504-566-1311
504-568-9130 (facsimile)
*Counsel for Hanover*

Charles E. Waldman, Esq.
Donnie Snow, Esq.
440 North Front Street, Suite 205
Memphis, Tennessee 38105
901-521-9956
901-521-9965 (facsimile)
cwesq@aol.com
*Counsel for TME*

John Christopher, Esq.
460 Briarwood Drive, No. 400
Jackson, Mississippi 39206
601-898-3303
601-259-5287
johnchristopherlaw@gmail.com
*Counsel for Christopher Brown*

Tom Brown, Esq.
Law Offices of Silver & Brown
Red Maple Court
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
703-591-6666
703-591-5618
tom@virginia-lawyers.net

Robert A. McLean, Esq.
Farris Bobango Branan PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
901-259-7100
901-259-7150 (facsimile)
ramclean@farris-law.com

/s/Malcolm B. Futhey III